UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDIE FERNANDEZ, | ) CASE NO. LA CV 10-05681-VBF-PJW |
| Petitioner, | ) |
| | ) J U D G M E N T |
| v. | ) |
| KELLY HARRINGTON, WARDEN, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: March 16, 2015

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
Senior United States District Judge